UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:15-mc-00035-MOC-DCK

| | | |
|---|---|---|
| **BILL TRACEY** | ) | |
| **SIMON PARROTT** | ) | |
| **EDDIE BOLLMEIER,** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **JOE STEIN** | ) | |
| **PETE DUGSTAD** | ) | |
| **GARY HUMMEL** | ) | |
| **STEPHEN BRADFORD** | ) | |
| **ROB STREBLE** | ) | |
| **STEVE SMYSER** | ) | |
| **ROBERT FREAR** | ) | |
| **JAY MILKEY** | ) | |
| **COURTNEY BORMAN** | ) | |
| **STEPHEN NATHAN** | ) | |
| **JANE DOE BORMAN** | ) | |
| **RONALD NELSON** | ) | |
| **PAUL DIORIO** | ) | |
| **PAUL MUSIC** | ) | |
| **JOHN TAYLOR,** | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the court on plaintiffs' Motion for Leave to Bring Verified Complaint Under Title V of the Labor Management Reporting and Disclosure Act. Review of the motion and the Verified Complaint alongside the other exhibits reveals that there is good cause to proceed with a section 501(b) suit as plaintiff has stated a cognizable section 501(b) claim based on specific alleged section 501 violations, which plaintiffs have verified to the best of their information and belief. George v. Local Union No. 639, 98 F.3d 1419 (D.C. Cir. 1996).

**ORDER**

**IT IS, THEREFORE, ORDERED** that plaintiff's Motion for Leave to Bring Verified Complaint Under Title V of the Labor Management Reporting and Disclosure Act (#1) is GRANTED, and the Clerk of Court shall file such Verified Complaint as a civil action, *nunc pro tunc*, to the date plaintiff filed this application.

Signed: March 5, 2015

Max O. Cogburn Jr.
United States District Judge